IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER MEKOSH, et al. | : | CIVIL ACTION |
| v. | : | |
| HILLTOWN TOWNSHIP MUNICIPALITY, et al. | : | NO. 07-4260 |

<u>ORDER</u>

AND NOW, this 26th day of May, 2009, upon consideration of defendant Hilltown Township Municipality's Motion for Attorneys Fees and Costs Pursuant to 42 U.S.C. § 1988 (Docket No. 40) and defendant Marjorie Pollock's Motion for Attorneys' fees and Costs Pursuant to 42 U.S.C. § 1988 (Docket No. 41), and the plaintiffs' opposition briefs, and defendants' reply briefs thereto, and after a hearing held on October 21, 2008, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that:

1. The Motions for Attorneys Fees and Costs of both defendant Hilltown Township Municipality and defendant Marjorie Pollock are GRANTED. The defendants' reasonable attorneys' fees and costs are to be taxed to the plaintiffs. No attorneys' fees and costs are to be taxed to the plaintiffs' counsel.

2. The defendants shall submit a petition, setting forth an itemization of their claim for reasonable attorneys' fees and costs, including the necessary factual support, on or before June 10, 2009. The plaintiffs may file a response on or

before June 24, 2009. The defendants may file a reply brief on or before July 1, 2009, but the Court may not wait for that reply brief before awarding fees.

BY THE COURT:

MARY A. McLAUGHLIN, J.